# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| KRISTY MERTZ,<br>        Plaintiff<br><br>v.<br><br>AMERICAN CORADIUS<br>INTERNATIONAL, LLC,<br>        Defendant | **NO.: 3-10-CV-02495** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned attorneys hereby advise the Court that all claims, counterclaims and crossclaims by all parties in the above-entitled cause of action have been fully compromised and settled.  Therefore,

IT IS HEREBY STIPULATED, through the undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and crossclaims, without costs or disbursements to any of the parties, may be entered herein.

  /s/ Jason M. Rapa                       /s/Ross S. Enders         
Jason M. Rapa, Esq.                           Ross S. Enders, Esquire
Attorney for Plaintiff                        Attorney For Defendant
141 S. 1st Street                              200 Route 31 North, Suite 203
Lehighton, PA 18235                    Flemington, NJ, 08822-5736
(610) 377-7730                                619.758.1891

- 2 -

### UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| KRISTY MERTZ,<br>           Plaintiff<br><br>v.<br><br>AMERICAN CORADIUS<br>INTERNATIONAL, LLC,<br>           Defendant | NO.: 3-10-CV-02495 |

## ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

JUDGMENT IS ENTERED.

Dated this ____ day of _____, 2011.

_____
Judge of District Court