# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNYSLVANIA

| | |
|---|---|
| KRISTY MERTZ,<br>Plaintiff<br><br>v.<br><br>AMERICAN CORADIUS<br>INTERNATIONAL, LLC,<br>Defendant | NO.: 3-10-CV-02495 |

## ORDER FOR JUDGMENT

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

JUDGMENT IS ENTERED.

Dated this 17th day of September, 2011.

_____
Judge of District Court